IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| GARRETT BERNARD KING, | : | |
| | : | |
|     Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 1:04-CR-34-002 (WLS) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| UNITED STATES ATTORNEY'S | : | |
| OFFICE FOR MIDDLE DISTRICT OF | : | |
| GEORGIA, AUSA K. ALLEN DASHER, | : | |
| | : | |
|     Respondents. | : | |
| _____ | : | |

**ORDER**

    Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth filed July 22, 2009. (Doc. 156). It is recommended that Petitioner's Petition for Writ of Mandamus, Alternatively Petitioner's Motion to Compel (Doc. 152) be **DENIED**. Petitioner was given ten (10) days from the filing of Judge Faircloth's Report and Recommendation to file written objections. (Doc. 156 at 4). No objection has been filed to date. (*See* Docket).

    Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 156) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petition for Writ of Mandamus, Alternatively Petitioner's Motion to Compel (Doc. 152) is **DENIED**.

    **SO ORDERED**, this 11th day of December, 2009.

                                              /s/ W. Louis Sands
                                              **THE HONORABLE W. LOUIS SANDS,**
                                              **UNITED STATES DISTRICT COURT**